USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

UMB BANK, N.A. *solely in its capacity as Indenture Trustee under those certain indentures, dated as of June 10, 2009, governing Caesars Entertainment Operating Company, Inc.'s 11.25% Notes due 2017; dated as of February 14, 2012, governing Caesars Entertainment Operating Company, Inc.'s 8.5% Senior Secured Notes due 2020; dated August 22, 2012, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020; dated February 15, 2013, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020,*

        Plaintiff,

    -against-

CAESARS ENTERTAINMENT CORPORATION,

        Defendant.

------------------------------------------------------------------- X

**ORDER**

15-cv-4634 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On June 15, 2015, UMB Bank, N.A. ("UMB"), in its capacity as an indenture trustee for certain notes, commenced this action against Caesars Entertainment Corporation ("CEC").[1] On June 19, I granted UMB's request to file

---

[1] This action is related to *MeehanCombs Global Credit Opportunities Master Fund, LP, et al. v. Caesars Entertainment Corp*, No. 14-cv-07091 (SAS), *Danner v. Caesars Entertainment Corp*, No. 14-cv-07973 (SAS), and *BOKF, N.A. v. Caesars Entertainment Corp*, No. 15-cv-01561 (SAS) (the "related actions").

a motion for partial summary judgment, and that motion will be fully briefed on or before August 7. Pursuant to a Stipulation and Scheduling Order entered on July 5, the fact discovery cutoff is currently August 31, 2015.[2]

On July 13, 2015, non-parties Brigade Capital Management, LP, Elliott Management Corporation, Franklin Advisers, Inc., J.P. Morgan Investment Management Inc., and Pacific Investment Management Company LLC (the "First Lien Noteholders"), sought a pre-motion conference and permission to file a motion to quash and/or for a protective order relating to five subpoenas and deposition notices issued by CEC. On July 23, I held a hearing on the First Lien Noteholders' request, and directed CEC to serve revised subpoenas and for the parties to meet and confer. The revised subpoenas were provided to the Court.

On July 28, the First Lien Noteholders and CEC informed the Court that they were unable to reach an agreement. Based on consideration of the revised subpoenas, the submission date of the motion for partial summary judgment, and Rules 45 and 26(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED, that the First Lien Noteholders shall collect all non-public documents in their possession, custody, or control responsive to CEC's revised document requests. However, production of such documents, and any

---

[2] UMB agreed to be bound by the June 2, 2015 Scheduling Order entered in the related actions.

depositions, are stayed until after the Court rules on the motion for partial summary judgment at which time the Court will review the subpoenas to determine what information is relevant to any claim or claims remaining in the action. Because time is of the essence, the First Lien Noteholders must produce such information within 48 hours of the Court's final ruling on the motion to quash. It is further

ORDERED, that the fact discovery cutoff in the UMB case (but not the related cases) is extended from August 31, 2015 to September 30, 2015. Further extensions will be granted (with sufficient notice) if necessary.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 28, 2015

- **Appearances** -

**For The First Lien Noteholders:**

Natan Hamerman, Esq.
Daniel Eggermann, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

**For Plaintiff UMB Bank, N.A.:**

David Andrew Crichlow, Sr., Esq.
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

**For Defendant Caesars Entertainment Corporation:**

Nicole L. Gueron, Esq.
Aaron Crowell, Esq.
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, NY 10001
(212) 633-4310