UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMB BANK, N.A. solely in its capacity as Indenture Trustee under those certain indentures, dated as of June 10, 2009, governing Caesars Entertainment Operating Company, Inc.'s 11.25% Notes due 2017; dated as of February 14, 2012, governing Caesars Entertainment Operating Company, Inc.'s 8.5% Senior Secured Notes due 2020; dated as of August 22, 2012, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020; dated as of February 15, 2013, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020,

    Plaintiff,

v.

CAESARS ENTERTAINMENT CORPORATION,

    Defendant.

No. 1:15-cv-04634-JSR

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/17

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff UMB Bank, N.A. and Defendant Caesars Entertainment Corporation, that any and all claims asserted in the above captioned action shall be and are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and without costs, disbursements or fees to either side.

Dated: October 6, 2017
    New York, New York

[SIGNATURES ON FOLLOWING PAGE]

| KATTEN MUCHIN ROSENMAN LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| *signature* | *signature* |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>Rebecca Kinburn<br>575 Madison Avenue<br>New York, NY 10022-2585<br>(212) 940-8800 | Eric Seiler<br>Philippe Adler<br>Jason C. Rubinstein<br>Christopher M. Colorado<br>7 Times Square<br>New York, NY 10036-6516<br>(212) 833-1100 |

*Attorneys for Plaintiff UMB Bank, N.A., solely in its capacity as successor Indenture Trustee under the Indentures governing the First Lien Notes*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Lewis R. Clayton
Michael E. Gertzman
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendant Caesars Entertainment Corporation*

SO ORDERED:

*signature*

Hon. Jed S. Rakoff, U.S.D.J.

10-9-17